IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

Pennsylvania National Mutual Casualty )
Insurance Company                      )
                        Plaintiff,     )
                                       )          1:15cv1283 (JCC/JFA)
v.                                     )
                                       )
Y&J Construction, Inc.                 )
                                       )
                                       )
                        Defendant.     )

## ORDER

Upon consideration of the September 1, 2017 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objection having been filed within fourteen days, and upon an independent review of the record, it is hereby

ORDERED that the Court adopts as its own the findings of fact and accepts the recommendation of the United States Magistrate Judge. The Clerk of Court shall enter default judgment in favor of the Plaintiff, Pennsylvania National Mutual Casualty Insurance Company, and against the Defendant, Y&J Construction, Inc., in the total amount of $3,749,315.63, plus prejudgment interest at 6% per annum from May 5, 2014 to the date of the judgment and post-judgment interest at the rate prescribed by 28 U.S.C. §1961.

                                        _____/s/_____
                                        James C. Cacheris
                                        United States District Judge

Alexandria, Virginia
September 22, 2017